## BENNETT *vs.* HADSELL.

1. The mortgage being given for $800, when, by agreement, only $700 was advanced, is usurious. The amount actually advanced only can be recovered, without interest or costs.

2. The assignee, even without notice of usury, takes subject to that defence.

Submitted on written briefs, upon pleadings and proofs.

*Mr. T. S. Mitchell*, for complainant.

*Mr. F. F. Westcott*, for defendant.

THE CHANCELLOR.

The evidence in this case shows clearly that Hadsell agreed to pay C. H. Bennett $100 for his services in getting the money for which the mortgage was given. C. H. Bennett advanced the money himself, the mortgage was given to him, and he retained $100 of the $800, for which the mortgage was given. This is usury. The assignee, even without notice of the usury, takes subject to that defence.

Let there be a decree for $700, without interest or costs.